

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE CRIMINAL DISTRICT COURT NO. 5 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 24th day of November, 2014, the cause on appeal to affirm between

DUSTIN KIETH DAVIS, Appellant

No. 05-14-00514-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. F11-36043-L.
Opinion delivered by Justice Stoddart, Justices Francis and Evans participating.

was determined; and this Court made its order in these words:

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this17th day of February, 2015.



_____
LISA MATZ, Clerk